```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 26751
    JANA LYNN LOOD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7710


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/19/2004 and was confirmed 09/13/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 12/26/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
GREAT BANK OF ALGONQUIN   SECURED          15267.93       1579.66       15267.93
ROUNDUP FUNDING LLC       UNSECURED          974.08          .00          974.08
CAPITAL ONE BANK          UNSECURED         7447.32          .00         7447.32
ACADEMY COLLECTION SERVI  NOTICE ONLY     NOT FILED          .00             .00
DR WEISBART & SARNA       UNSECURED       NOT FILED          .00             .00
BARONS CREDITORS SERVICE  NOTICE ONLY     NOT FILED          .00             .00
JOANN M OLSEN MD          UNSECURED       NOT FILED          .00             .00
JEFFERSON CAPITAL SYSTEM  FILED LATE       13616.42          .00             .00
OLD NAVY MCCB             UNSECURED       NOT FILED          .00             .00
SMILE ADVISORS            UNSECURED          836.50          .00          836.50
ROUNDUP FUNDING LLC       UNSECURED          260.44          .00          260.44
PETER FRANCIS GERACI      DEBTOR ATTY      2,600.00                     2,600.00
TOM VAUGHN                TRUSTEE                                       1,704.69
DEBTOR REFUND             REFUND                                           73.76

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             30,744.38

PRIORITY                                          .00
SECURED                                     15,267.93
   INTEREST                                  1,579.66
UNSECURED                                    9,518.34
ADMINISTRATIVE                               2,600.00
TRUSTEE COMPENSATION                         1,704.69
DEBTOR REFUND                                   73.76
                    ---------------        ---------------
TOTALS              30,744.38               30,744.38
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 26751 JANA LYNN LOOD